IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 6:17-CR-17 |
| | § | |
| LUIS ALBERTO HERNANDEZ-ROCHA | § | |

## ELEMENTS OF OFFENSE

You are charged in Count 2 of the indictment with failure to register as a sex offender, in violation of 18 U.S.C. § 2250. The essential elements which must be proven beyond a reasonable doubt to establish a violation of this offense are:

FIRST: That you were required to register under the Sex Offender Registration and Notification Act, as charged;

SECOND: That you traveled in interstate or foreign commerce; and

THIRD: That you knowingly failed to register and keep a current registration as required by the Sex Offender Registration and Notification Act.

Respectfully submitted,

BRIT FEATHERSTON
Acting United States Attorney

*/s/ Allen H. Hurst*
ALLEN H. HURST
Assistant United States Attorney
110 North College Ave., Suite 700
Tyler, Texas 75702
allen.hurst@usdoj.gov
(903) 590-1400
(903) 590-1439 (fax)

## CERTIFICATE OF SERVICE

On this the 8th day of May, 2017, I, Allen H. Hurst, Assistant United States Attorney for the Eastern District of Texas, certify that a true and correct copy of this notice was filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the attorney of record for the Defendant.

                                              */s/ Allen H. Hurst*
                                              Allen H. Hurst